## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| WUNSCH FARMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CROPSCIENCE LP, et al.,<br><br>Defendants. | Case No. 0:21-CV-00970-MJD-TNL<br><br><br>**DEFENDANT CHS INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.l of the Federal Rules of Civil Procedure, Defendant CHS Inc., states that it is a cooperative corporation, it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Date: April 26, 2021　　　　　**FAEGRE DRINKER BIDDLE & REATH LLP**

　　　　　　　　　　　　　　　 s/ Emily E. Chow
　　　　　　　　　　　　　　　Emily E. Chow (#0388239)
　　　　　　　　　　　　　　　2200 Wells Fargo Center
　　　　　　　　　　　　　　　90 South Seventh Street
　　　　　　　　　　　　　　　Minneapolis, MN  55402-3901
　　　　　　　　　　　　　　　Telephone: (612) 766-7000
　　　　　　　　　　　　　　　Facsimile: (612) 766-1600
　　　　　　　　　　　　　　　emily.chow@faegredrinker.com

　　　　　　　　　　　　　　　*Counsel for Defendant CHS Inc.*

US.132785015.01